

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**, et. al.,
Appellants

v.

**HAYS STREET BRIDGE RESTORATION GROUP**, et. al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was due on September 4, 2015. *See* TEX. R. APP. P. 35.1. On September 16, 2015, this court notified court reporter Luis Duran Jr. that the reporter's record was late and he must file a notification of late record by September 28, 2015, or the reporter's record not later than October 16, 2015. *See id.* R. 37.3(a)(1). To date, this court has not received a notification of late record and the reporter's record has not been filed.

We ORDER court reporter Luis Duran Jr. to file the reporter's record in this court **not later than FIFTEEN DAYS from the date of this order**. *See id.* R. 35.3(c).

If the reporter's record is not filed as ordered, a show cause order shall issue directing Luis Duran Jr. to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Luis Duran Jr. by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court